**Order entered November 20, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00806-CR

**RONNIE HEATH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F14-53600-H**

## ORDER

The Court **REINSTATES** the appeal.

On October 31, 2014, we ordered the trial court to make findings regarding why the reporter's record had not been filed. On November 18, 2014, we received the record. Therefore, in the interest of expediting the appeal, we **VACATE** the October 31, 2014 order requiring findings.

Appellant's brief is due within thirty days of the date of this order.

/s/     ADA BROWN
        JUSTICE